JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, ADMINISTRATIVE MAINTENANCE FUND, and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br><br>     Plaintiffs,<br><br>  v.<br><br>EA TECHNOLOGY SOLUTIONS CORPORATION, a Delaware corporation, and VICTOR MIGUEL ESQUIVEL, an individual,<br><br>     Defendants. | Case No. 8:25-CV-00819-HDV-DFM<br><br>ASSIGNED TO THE HONORABLE HERNAN D. VERA<br><br>[~~PROPOSED~~] JUDGMENT |

This action, having commenced on April 18, 2025, and the Court having approved the Stipulation to Add Defendant and for Entry of Judgment in favor of Plaintiffs and against Defendants, EA Technology Solutions, a Delaware corporation, and Victor Miguel Esquivel, an individual, jointly and severally, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Plaintiffs, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Administrative Maintenance Fund, and Southern California IBEW-NECA Administrative Corporation (collectively, "Plaintiffs"), shall recover from Defendants, EA Technology Solutions, a Delaware corporation, and Victor Miguel Esquivel, an individual, jointly and severally, the principal amount of $95,886.64, plus amortized interest calculated at 8% per annum from June 26, 2025, until paid in full.

Dated: 7/31/25

_____
United States District Judge